IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY C. SAUNDERS,** | : | CIVIL ACTION NO. 1:22-CV-729 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LAUREL HARRY**, *et al.*, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 3rd day of August, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to terminate the attorney general of Pennsylvania and the district attorney of Cumberland County, Pennsylvania as respondents in this action.

4. The Clerk of Court is directed to CLOSE this case.

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner
                                        United States District Judge
                                        Middle District of Pennsylvania